JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THEODORE MILLENDER, | NO. CV 11-4839 JFW (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| JAMES YATES, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: June 15, 2011.

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE